1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LIBERTY MEDIA HOLDINGS, LLC,

12              Plaintiff,                    No. 2:12-CV-00888-KJM-EFB

13        vs.

14   BRETT LIDDICOAT,

15              Defendant.                    <u>ORDER</u>

16   _____/

17              The pretrial status conference in this matter, currently set for October 18, 2012, is

18   hereby vacated and plaintiff is ordered to show cause, no later than seven days from the date of

19   this order, why this action should not be dismissed because of plaintiff's failure to effect service.

20   FED. R. CIV. P. 4(m).

21              IT IS SO ORDERED.

22   DATED: October 15, 2012.

23                                           _____

24                                           UNITED STATES DISTRICT JUDGE

25

26